AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

**District of** _____

_____

Eric Kelley
Plaintiff

V.

Beth Isreal Hospital
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: _____

I, __Eric Kelley__ declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration __Billerica H.O.C. (269 Treble Cove Rd. Billerica)__

    Are you employed at the institution? __NO__    Do you receive any payment from the institution? __NO__

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. __N/A__

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __N/A__

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes    ☑ No
    b. Rent payments, interest or dividends              ☐ Yes    ☑ No
    c. Pensions, annuities or life insurance payments    ☐ Yes    ☑ No
    d. Disability or workers compensation payments       ☐ Yes    ☑ No
    e. Gifts or inheritances                             ☐ Yes    ☑ No
    f. Any other sources                                 ☐ Yes    ☑ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☑ No

   If "Yes," state the total amount. _____ 0 _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   None

I declare under penalty of perjury that the above information is true and correct.

_____6/8/04_____   _____Eric Kelley_____
        Date              Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## Account Activity Ledger

From : 08/14/2003    To : 05/21/2004

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| ID 104549 | Name KELLEY, ERIC H | | | Block C10 | | Previous Balance | | 0.00 |
| Imported Entry | 08/14/2003 | 16:53 | B#56441 | D | | 0.00 | | 0.00 |
| Sales Transaction | 08/22/2003 | 12:05 | T#670449 | I | 0.00 | | | 0.00 |
| Sales Transaction | 09/10/2003 | 15:56 | T#672526 | I | 0.00 | | | 0.00 |
| Sales Transaction | 09/17/2003 | 12:22 | T#673315 | I | 0.00 | | | 0.00 |
| Sales Transaction | 09/25/2003 | 11:25 | T#674239 | I | 0.00 | | | 0.00 |
| Sales Transaction | 10/01/2003 | 12:17 | T#674879 | T | 0.00 | | | 0.00 |
| Sales Transaction | 10/08/2003 | 12:25 | T#675708 | T | 0.00 | | | 0.00 |
| Sales Transaction | 10/15/2003 | 14:43 | T#676557 | T | 0.00 | | | 0.00 |
| Sales Transaction | 10/22/2003 | 11:58 | T#677354 | T | 0.00 | | | 0.00 |
| Sales Transaction | 10/29/2003 | 09:56 | T#678158 | I | 0.00 | | | 0.00 |
| ATLY, EVA CLARK | 11/01/2003 | 14:26 | B#57635 | D | | 25.00 | | 25.00 |
| VICTIM WITNESS FEE | 11/01/2003 | 14:26 | B#57635 | W | | | 25.00 | 0.00 |
| Sales Transaction | 11/05/2003 | 09:53 | T#678872 | T | 0.00 | | | 0.00 |
| Sales Transaction | 11/12/2003 | 14:04 | T#679678 | I | 0.00 | | | 0.00 |
| Sales Transaction | 11/19/2003 | 15:56 | T#680560 | I | 0.00 | | | 0.00 |
| ART CONTEST WINNER | 12/01/2003 | 10:17 | B#58093 | D | | 15.00 | | 15.00 |
| VICTIM WITNESS FEE | 12/01/2003 | 10:17 | B#58093 | W | | | 15.00 | 0.00 |
| Sales Transaction | 12/04/2003 | 13:57 | T#682140 | I | 0.00 | | | 0.00 |
| 18 JOB COORDINATOR | 12/05/2003 | 14:35 | B#58189 | D | | 26.00 | | 26.00 |
| Sales Transaction | 12/10/2003 | 09:12 | T#682913 | I | 25.94 | | | 0.06 |
| Sales Transaction | 12/17/2003 | 09:08 | T#683815 | I | 0.00 | | | 0.06 |
| Sales Transaction | 12/23/2003 | 13:33 | T#684612 | T | 0.00 | | | 0.06 |
| Sales Transaction | 12/30/2003 | 11:20 | T#685353 | I | 0.00 | | | 0.06 |
| Sales Transaction | 01/06/2004 | 14:03 | T#686207 | I | 0.00 | | | 0.06 |
| 2003 MODS CHRISTMAS | 01/13/2004 | 10:33 | B#58734 | D | | 7.00 | | 7.06 |
| VICTIM WITNESS FEE | 01/13/2004 | 10:33 | B#58734 | W | | | 7.00 | 0.06 |
| 18 JOB COORDINATOR | 01/20/2004 | 11:09 | B#58841 | D | | 14.30 | | 14.36 |
| Sales Transaction | 01/21/2004 | 11:52 | T#687843 | I | 14.13 | | | 0.23 |
| Sales Transaction | 02/04/2004 | 09:04 | T#689425 | I | 0.00 | | | 0.23 |
| Sales Transaction | 02/10/2004 | 14:36 | T#690286 | I | 0.00 | | | 0.23 |
| 02 LAUNDRY MDU | 02/17/2004 | 10:14 | B#59308 | D | | 7.80 | | 8.03 |
| Sales Transaction | 02/18/2004 | 11:35 | T#691108 | I | 7.83 | | | 0.20 |
| Sales Transaction | 02/25/2004 | 13:16 | T#692075 | I | 0.00 | | | 0.20 |
| Sales Transaction | 03/03/2004 | 08:42 | T#692895 | I | 0.00 | | | 0.20 |
| Sales Transaction | 03/11/2004 | 12:02 | T#693981 | I | 0.00 | | | 0.20 |
| 02 LAUNDRY MDU | 03/15/2004 | 10:59 | B#59743 | D | | 26.00 | | 26.20 |
| Sales Transaction | 03/18/2004 | 09:59 | T#694830 | I | 22.25 | | | 3.95 |
| Sales Transaction | 03/25/2004 | 09:15 | T#695670 | I | 3.52 | | | 0.43 |
| Sales Transaction | 04/01/2004 | 12:25 | T#696587 | I | 0.00 | | | 0.43 |
| Sales Transaction | 04/08/2004 | 09:29 | T#697409 | T | 0.22 | | | 0.21 |
| Sales Transaction | 04/15/2004 | 12:00 | T#698325 | I | 0.00 | | | 0.21 |
| Sales Transaction | 04/22/2004 | 09:26 | T#699072 | I | 0.00 | | | 0.21 |

UNITED DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(1st. Cir.)

ERIC KELLEY

V.

BETH ISREAL HOSPITAL

### JURISDICTION OF MATTER

The plaintiff brings this complaint pursuant to all applicable jurisdictional laws that govern civil requirements for medical malpractice.

### PARTIES INVOLVED IN CASE.

2) **ERIC KELLEY:** Is at all times, the **PLAINTIFF**.

3) **BETH ISREAL HOSPITAL** Is at all times the **DEFENDANTS**. During the course of discovery, the plaintiff will amend this matter to particulize other defendants.

### STATEMENT OF FACTS.

4) On or about October 2002 the plaintiff was the victim of a violent crime.

5) The plaintiffs eye was shot out.

6) The defendants treated the plaintiff.

KELLEY V. BETH TSREAL (continued)

Pg. #2

FACTS CONTINUED:

7) The defendants refused to take the bullet out of the plaintiffs face.

8) The defendants (verbally) w/o written findings stated; "It would cause nasal complication".

9) The plaintiff did not sign any waiver of treatment willing or at all.

10) The defendants (forced) the plaintiff to leave (discharging him) although plaintiff in documented form told them he needed further treatment and removal of the bullet.

11) The plaintiff asserts that this inadequate treatment was based on the plaintiffs poverty and because he is a Afro American.

12) Plaintiff was placed on Welfare, because of his lost sight.

13) Later he received SSDI and his Social Security payee was Attorney Ward Weizel of Marlboro, Mass. that has proof.

14) Social Security of Framingham Mass. has proof.

15) Dept. Of Transitional Assistance (Brockton, Mass.) has proof.

KELLEY V. BETH ISREAL (continued)
pg. #3

## Facts (continued)

16) The plaintiffs entire right side of his face is suffering on-going nerve damage. The bullet moves and has been moving since the incident. His condition worsens.

## CAUSE OF ACTION

17) The defendants were deliberatly indifferent to the plaintiffs medical needs because he was black and poor.

## PRAYER FOR RELIEF

18) The plaintiff request trial by jury.

19) COMPANSATORY RELIEF in the sum of $ 2,000,000,00 (Two Million Dollars).

Respectfully;

_____
Eric Kelley (Pro Se)
269 Treble Cove Road
Billerica, Mass. 01862