SCANNED
DATE: 06/30/04
BY: SRY

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*FILED*
*CLERK'S OFFICE*
*2004 JUN 30 A 11: 21*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS*

ERIC KELLEY                                    # 04-cv-11339-WGY

                                               AMENDMENT OF THE
V.                                             PLAINTIFFS COMPLAINT.

BETH ISRAEL HOSPITAL


           NOW COMES, The plaintiff in the above matter and amends the complaint as follows;

           A) <u>BETH ISRAEL</u> is the (WRONG) hospital. all of the allegations are against the **BRIGHAMS & WOMENS HOSPITAL. B.W.H. ARE THE DEFENDANTS.**

           B) The proper date of the incident is **10/01/01** not the date on the original complaint.

           C) The following are the defendants;

           ALL DOCTORS:
           Jonathan Gates M.D.
           Meena Nathan M.D.
           Barbara Ann Masser M.D.
           Phillip Rice M.D.
           Sarah Brooke Johnson M.D.

All the defendants addresses are;
Francis St.
Boston, Mass.   **Brighams & Womens Hospital.**

                                       Respectfully;   Eric Kelley  Pro se
                                                       6/30/04

# Ward W. Weizel, P.C.
Attorney at Law
(508)351-6556

June 25, 2004

Eric Kelly
C/o Middlesex House of Correction
269 Trebleecove Road
Billerica, MA 01862

**Re:  Your Medical Records**

Dear Mr. Kelly:

Enclosed please find copies of your medical records.

Very Truly Yours,

Ward W. Weizel
WWW/mbt

Enclosure(s)

4 West Main Street  Suite 202  Northborough Commons  Northborough, MA 01532
Fax #:  (508) 351-6035

172-16-77

BRIGHAM AND WOMEN'S HOSPITAL
A Teaching Affiliate of Harvard Medical School
75 Francis Street, Boston, Massachusetts 02115

KELLY, ERIC
M37   Room: 10B-371
Service: BTS
Adm: 10/01/01 03

# DISCHARGE SUMMARY

DISCHARGE PATIENT ON: 10/03/01 10:00 AM
DISCHARGE CONTINGENT UPON: HO evaluation
WILL D/C ORDER BE USED AS THE D/C SUMMARY: YES
Attending: GATES, JONATHAN, M.D.

DISPOSITION: Home

**DISCHARGE MEDICATIONS:**
SEE ATTACHED PAGE FOR DISCHARGE MEDS

**DISCHARGE INSTRUCTIONS:**
DIET: No Restrictions

ACTIVITY: As tolerated

RETURN TO WORK: to eval at f/u

FOLLOW UP APPOINTMENT(S): Dr.J.Gates 617-732-7715 7-10days,
ENT or oral maxillofacial surgery (617-732-6974) as
needed, opthomology (Dr.Yi)617-732-6812 2-3weeks,

**ALLERGIES:**
No Known Allergies

**ADMIT DIAGNOSIS:**
Gun shot wound to face;   ? R optic N injury

**PRINCIPAL DISCHARGE DIAGNOSIS (Responsible After Study for Causing Admission)**
GSW to face, bullet in maxillary sinus

**OTHER DIAGNOSES (Other Conditions, Infections, Complications, affecting Treatment/Stay):**
GSW to face, bullet logded in posterior floor rt maxillary sinus

**OPERATIONS AND PROCEDURES:**
none

**OTHER TREATMENTS/PROCEDURES (NOT IN O.R.)**
none

**BRIEF RESUME OF HOSPITAL COURSE:**
36yo M GSW, point blank to right forehead. 0.5cm entrance wound,
through right frontal sinus. initial total loss of vision to right eye.
head CT-blood right maxillary sinus with bullet logded in posterior
floor superior to roots of teeth, no facial fx.
plastics eval- no plastic surg operative intervention needed.
OMFS consult- sinus precautions( no drinking with straw and

BRIGHAM AND WOMEN'S HOSPITAL
A Teaching Affiliate of Harvard Medical School
75 Francis Street, Boston, Massachusetts 02115

172-16-77
KELLY, ERIC
M37  Room: 10B-371
Service: BTS
Adm: 10/0

# DISCHARGE SUMMARY page 2

BRIEF RESUME OF HOSPITAL COURSE: (continuation)
no blowing nose), sudafed and augmentin x10days, bullet to remain and can be removed as outpt if symptomatic with sinusitis. vision return in right eye HD#2-optho evaluated and will f/u as outpt. pt d/c home HD#3 stable, to complete 10day course of augmentin and pseudofed and to f/u as noted.

ADDITIONAL COMMENTS:
1. schedule follow up appts
2. return/ call hospital for fever/chills, nausea/vomiting, headaches,new vision changes,nasal bleeds or as needed for other concerns
3. Call alcohol rehab centers as instructed by ACE team
****augmentin and sudafed x 10days and sinus precautions=no drinking with straws and no blowing nose- to re-eval at f/u appt.*****

TO DO/PLAN:


DISCHARGE CONDITION: Stable

DISCHARGE MEDICATIONS:

SUDAFED (PSEUDOEPHEDRINE HCL) 60 MG PO  Q6H  X 9 Days
Starting Today  (10/02)
Instructions: total 10day tx started 10/2
AUGMENTIN 500/125  (AMOX./CLAV.ACID 500/125)
1 TAB PO  TID  X 10 Days  Starting Today  (10/02)
Instructions: total 10day tx -started 10/2
Food/Drug Interaction Instruction
May be taken without regard to meals
PERCOCET 1-2 TAB PO  Q4-6H  X 5 Days  PRN pain
ATIVAN (LORAZEPAM)
1 MG PO  TID x 10 days, then BID x 10 days then OD

| Entered by: CHNG,YI-MEI,M.D.          | 10/03/01 |
| CHNG,YI-MEI,M.D.  (YC27)               |          |

Physician's signature                      Date

<<<FINAL>>>                    Printed: 11:45 AM  Feb 14, 2002