**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>**ERIC KELLEY**</u>

        **Plaintiff,**

                               **Civil Action No.   04-11339-WGY**

    **v.**

<u>**BETH ISRAEL HOSPITAL,**</u>

        **Defendant.**

**ORDER ON APPLICATION TO PROCEED**
**WITHOUT PREPAYMENT OF FEES**

**Now before the court is plaintiff's Application to Proceed Without Prepayment of Fees;**

<u>**FINDINGS**</u>

**The Court finds the following:**

**A.**    **Is plaintiff a "prisoner" as defined in 28 U.S.C. § 1915(h)?**

        Yes  ☒    No  ☐

**B.**    **Is a filing fee, under 28 U.S.C. § 1915(b), to be assessed at this time?**

    **1. Yes ☐**    **Plaintiff is obligated to pay the statutory filing fee immediately. See 28 U.S.C. § 1915(b)(1). ($150.00 for a civil action or $105.00 for a notice of appeal).**

    **2. Yes ☐**    **An initial partial filing fee of $_____ assessed pursuant to 28 U.S.C. § 1915(b)(1). The remainder of the fee $_____ is to be assessed in accordance with 28 U.S.C. § 1915(b)(2).**

    **3. Yes ☒**    **Plaintiff has proffered evidence of being without funds for six months and being currently without funds. Under 28 U.S.C. § 1915(b)(2), plaintiff is assessed an obligation to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account.**

    **4. No ☐**    **Plaintiff is not assessed a filing fee at this time.**

                                                                                                   **[oifppris.]**

C.  **After screening pursuant to 28 U.S.C. § 1915A, which, if any, of the following findings does the court make?**

   1.  **Has the court determined that the complaint is frivolous, malicious, or fails to state a claim upon which relief may be granted?**

       No ☐       Yes ☒☒    as to all defendant(s)
                       ☐    as to defendant(s)

   2.  **Has the court determined that the complaint seeks relief from a defendant or defendants who are immune from such relief?**

       No ☒       Yes ☐    as to defendant(s)
                           _____
                           _____

   3.  **42 U.S.C. § 1997e, Sec. 7(g)(2):**

       **"The court may require any defendant to reply to a complaint . . . if it [the court] finds that the plaintiff has a reasonable opportunity to prevail on the merits."**

       **Has the court first, determined that the complaint is sufficient to satisfy the pleading requirements for stating a cognizable claim and, second, found that the plaintiff has a reasonable opportunity to prevail on the merits against one or more defendants?**

       a. Yes ☐    The court has so determined and found as to defendant(s)

       b. No ☒    because the court has determined that the complaint does not satisfy pleading requirements for stating a cognizable claim against
                  ☒ all defendants    ☐ the defendant(s)

2

      c. No ☐    because the court has determined that the likelihood that plaintiff will prevail on the merits falls short of the "reasonable opportunity" standard of the statute, as to claims against

          ☐ all defendants    ☐ the defendant(s) _____

      d. Cannot say ☐    It is not feasible for the court to make a determination on these questions on the present record as to claims against

          ☐ all defendants    ☐ the defendant(s) _____

**D.** In accordance with Fed. R. Civ. P. 5(e), the clerk filed this complaint on _____ and assigned it Civil Action No. __04-11339-WGY.__

## ORDERS

**Based upon the foregoing, it is ORDERED:**

**1.** **May the application to proceed without prepayment of fees be GRANTED?**
      Yes ☒    No ☐

**2.** **If a finding is made under paragraph B above, is it a provisional finding that is subject to early modification?**
      Yes ☒    No ☐

**If the above answer is Yes, the following applies: If the plaintiff files, within 35 days of the date of this Order, either a certified copy of his/her prison trust account, or a statement signed by plaintiff under the pains and penalties of perjury, showing eligibility to proceed in this action without paying a filing fee or without payment of as much as found in paragraph B above to be assessed the plaintiff, the court will consider the certificate or statement in determining whether to modify paragraph B.**

**3.** **Is it FURTHER ORDERED, in accordance with 28 U.S.C. § 1915(b)(2), that the clerk send a copy of this Order to the institution having custody of plaintiff?**

        Yes ☒    No ☐

4. **Is it FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order as directed by the plaintiff with all costs of service to be advanced by the United States?**
       No ☒    Yes ☐☐  as to all defendants
                             ☐ only as to defendants

5. **Is it FURTHER ORDERED that the Clerk dismiss this action unless, on or before the 42nd day from the date of this Order, plaintiff has filed a submission showing cause why the court should find that the pleading is sufficient to state a cognizable claim and that plaintiff will have a reasonable opportunity to prevail on the merits of plaintiff's claims against defendant(s)?**
       No ☐    Yes ☒☒  as to all defendants
                             ☐ only as to defendant(s)

6. a. **Although defendant(s) may not have been served with a summons and complaint, are the defendant(s) invited but not required to file an answer to aid the court in reaching a prompt final disposition on the merits?**
       No ☐    Yes ☒☒  as to all defendants
                             ☐ only as to defendant(s)

   **OR**

   b. **If the defendant(s) have been served with a summons and complaint, are the defendant(s) required to reply within the time specified in the summons?**
       No ☐    Yes ☐☐  as to all defendants
                             ☐ only as to defendants

| July 6, 2004 | /s/ William G. Young |
|---|---|
| **DATE** | **UNITED STATES DISTRICT JUDGE** |

**(ifpprisn.ord - 12/12/96)** **[oifppris.]**

**(ifpprisn.ord - 12/12/96)** **[oifppris.]**