```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

ERIC KELLEY,                      )
                                  )
          Plaintiff,              )
                                  )
     v.                           )   C.A. No. 04-11339-WGY
                                  )
BRIGHAM AND WOMEN'S               )
HOSPITAL, et al.,                 )
                                  )
          Defendants.             )
```

MEMORANDUM AND ORDER

On June 10, 2004, plaintiff Eric Kelley, a prisoner now confined to the Billerica House of Correction, filed his self-prepared medical malpractice complaint seeking monetary damages from Beth Israel Hospital for alleged inadequate treatment he received in October 2002. See Docket No. 2. On June 30, 2004, plaintiff filed a letter and amendment indicating that he intended to sue Brigham and Women's Hospital and five doctors. See Docket Nos. 3, 4.

On July 6, 2004, before the undersigned had an opportunity to review the amendment, the Court advised plaintiff that his complaint against Beth Israel Hospital is subject to summary dismissal pursuant to 28 U.S.C. § 1915(e)(2). See Docket No. 5. However, plaintiff's complaint, as recently amended, is still subject to dismissal for the reasons set forth in this Court's July 6, 2004, Memorandum. See Docket No. 6.

ORDER

Because the Court finds no arguable legal basis for plaintiff's claims against the amended defendants, this action will be dismissed pursuant to 28 U.S.C. § 1915(e)(2) without further notice unless plaintiff shows good cause, in writing, before August 18, 2004, that the complaint should not be dismissed for the reasons stated in this Court's July 6, 2004 Memorandum. The Clerk shall send plaintiff a copy of the July 6th Memorandum (Docket No. 6).

SO ORDERED.

Dated at Boston, Massachusetts, this 13th day of July, 2004

/s/ William G. Young
WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE